IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COPPEDGE | : | CIVIL ACTION |
| | : | NO. 12-3268 |
| v. | : | |
| | : | |
| DEUTSCHE BANK NATIONAL | : | |
| TRUST COMPANY, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 1st day of May, 2013, upon consideration of defendant Martha E. Von Rosenstiel's motion to dismiss plaintiff James Coppedge's Complaint and plaintiff's response thereto, it is ORDERED that defendant's motion is GRANTED. Plaintiff's complaint is DISMISSED.

                                                *s/Thomas N. O'Neill, Jr.*
                                        THOMAS N. O'NEILL, JR., J.